| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | MARK KROTOSKI (CSBN 138549)<br>Chief, Criminal Division |
| 4 | PATRICIA J. KENNEY (CSBN 130238)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue<br>San Francisco, CA 94102<br>Telephone: 415.436.6857 |
| 7 | Facsimile:  415.436.6748<br>Email: patricia.kenney@usdoj.gov |
| 8 | |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. C 06-5759 JSW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | STAYING CASE |
| $152,460.15 IN FUNDS FROM<br>WELLS FARGO ACCOUNT<br>NUMBER 031-1834949, | ) | |
| Defendant. | ) | |
| SAEI COMPANY AND DARIUSH B.<br>GILANI, PRESIDENT OF SAEI<br>COMPANY, | ) | |
| Claimants. | ) | |

The parties agree, subject to the Court's approval, (1) that the instant civil forfeiture case be stayed, pursuant to 18 U.S.C. § 981(g), pending resolution of a related criminal investigation in which claimants are targets; (2) that the case management conference scheduled for February 23, 2007, will be taken off calendar until further order of the Court; (3) that, during the period the case is stayed, the parties shall not be required to respond to discovery requests, including the

1  interrogatories promulgated by claimant on or about December 14, 2006; (4) that responses to
2  discovery requests shall be due on or before the 30th day after the parties hold a Rule 26(f)
3  conference in accordance with Rule 26, Federal Rules of Civil Procedure, which can only occur
4  after the Court has entered an order lifting the stay and setting a case management conference;
5  and (4) that the government shall efile a report approximately every 120 days which informs the
6  Court and counsel for claimants, Robert J. Mulhern, Esq., as to whether the investigation is
7  ongoing.

9  IT IS SO STIPULATED:                KEVIN V. RYAN
                                       United States Attorney
10  Dated: January 23, 2007
                                       */s/ Patricia J. Kenney*
11                                     PATRICIA J. KENNEY
                                       Assistant United States Attorney
12                                     Attorney for the United States

13  Dated: January 23, 2007            */s/ Robert J. Mulhern*
                                       ROBERT J. MULHERN
14                                     Attorney for Claimants SAEI Company and
                                       Dariush B. Gilani, President, SAEI Company

16  PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS 25th
17  OF JANUARY, 2007.

                                       */s/ Jeffrey S. White*
18                                     HONORABLE JEFFREY S. WHITE
19                                     United States District Judge

Stipulation and Order Staying Case
No. 06-5759 JSW                        2