IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>$152,460.15 IN FUNDS FROM WELLS FARGO ACCOUNT NUMBER 031-1834949,<br><br>    Defendant.<br>_____/ | No. C 06-05759 JSW<br><br>**ORDER REQUIRING STATUS REPORT** |

On January 25, 2007, the Court granted a stipulation to stay this case, in which the parties agreed to provide status reports every 120 days. The parties' third status report is now overdue. Accordingly, a joint status report shall be submitted by no later than April 18, 2008.

**IT IS SO ORDERED.**

Dated: April 10, 2008

                                                                                                JEFFREY S. WHITE<br>
                                                                                                 UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California