IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>$152,460.15 IN FUNDS FROM WELLS FARGO ACCOUNT NUMBER 031-1834949,<br><br>　　　　Defendant.<br>_____/ | No. C 06-05759 JSW<br><br>**ORDER REQUIRING FURTHER STATUS REPORT** |

On January 25, 2007, the Court granted a stipulation to stay this case, in which the parties agreed to provide status reports every 120 days. The last report was received on September 20, 2008. Thus, the parties' status report is overdue. Accordingly, a joint status report shall be submitted by no later than April 10, 2009, and the parties shall continue to provide status reports every 120 days thereafter.

**IT IS SO ORDERED.**

Dated: April 3, 2009

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE