JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415.436.6857
Facsimile: 415.436.6748
Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>$152,460.15 IN FUNDS FROM WELLS FARGO ACCOUNT NUMBER 031-1834949,<br><br>    Defendant.<br><br>SAEI COMPANY AND DARIUSH B. GILANI, PRESIDENT OF SAEI COMPANY,<br><br>    Claimants. | NO. C 06-5759 JSW<br><br>STIPULATED DISMISSAL AND RESPONSE TO THE COURT'S APRIL 3, 2009 ORDER AND ORDER THEREON |

The parties agree, subject to the Court's approval, that the instant civil forfeiture case be, and hereby is, DISMISSED, because defendant $152,460.15 has been criminally forfeited.

Defendant $152,460.15 was forfeited in a related criminal case, *United States v. Sponsors for American Educational Institutes, Inc. ("SAEI")*, 08-CR-00446 JW, by the Final Order of Forfeiture entered on April 2, 2009 (copy attached). On July 9, 2008, the United States charged

1  SAEI in an Information with violating 18 U.S.C. § 1960 (operating an unlicensed money
2  transmitting business). The Information also sought criminal forfeiture of $152,460.15 seized
3  from a Wells Fargo Bank Account ending in "4949," the same $152,460.15 which is a defendant
4  in this civil case. On September 15, 2008, SAEI plead guilty to the sole count in the Information
5  and consented to the forfeiture allegation. On September 15, 2008, the United States and SAEI
6  stipulated to a preliminary order of forfeiture. *See* 08-CR-00446, Stipulation and Preliminary
7  Order of Forfeiture, entered September 15, 2008. After the United States gave the required
8  notice to the public so that any third party claiming any right, title or interest in the funds could
9  petition the Court, *see* Fed. R. Crim. P. 32.2, the United States applied to the Court for a final
10 order of forfeiture. On April 2, 2009, the Court entered the Final Order of Forfeiture.

11     AUSA Hinds handled the criminal matter beginning in September because the
12 undersigned AUSA was on medical leave. As a result, the undersigned mistakenly believed that
13 steps had been taken to dismiss this case.

15 IT IS SO STIPULATED:      JOSEPH P. RUSSONIELLO
                                   United States Attorney

16 Dated: April 6, 2009

17                                       PATRICIA J. KENNEY
                                      Assistant United States Attorney
18                                       Attorney for the United States

19 Dated: April 6, 2009

20                                       ROBERT J. MULHERN
                                      Attorney for Claimants SAEI Company and
                                      Dariush B. Gilani, President, SAEI Company

23 PURSUANT TO THE FOREGOING STIPULATION, THE INSTANT CASE BE, AND
24 HEREBY IS, DISMISSED.

26 Dated: April 8, 2009                 HONORABLE JEFFREY S. WHITE
                                              United States District Judge

UNITED STATES OF AMERICA
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 08-00446 JW |
| Plaintiff, | [PROPOSED] FINAL ORDER OF FORFEITURE |
| v. | |
| SPONSORS FOR AMERICAN EDUCATIONAL INSTITUTES, INC., | |
| Defendant. | |

On September 15, 2008, the Court entered a Preliminary Order of Forfeiture forfeiting the defendant's right, title, and interest in $152,460.15 United States Currency seized from Wells Fargo Bank Account ending "4949" pursuant to Title 18, United States Code, Section 982.

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is ordered that the above-described property shall be forfeited to the United States, pursuant to Title 18, United States Code, Section 982. All right, title, and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

Dated: April 2, 2009

JAMES WARE
United States District Judge

IT IS SO ORDERED
Judge James Ware